

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00088-CR

_____

PHILLIP BOYD CASHION, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 28167

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

MEMORANDUM OPINION

Phillip Boyd Cashion was convicted by a Lamar County jury of possession of methamphetamine in an amount less than one gram[1] and sentenced to eighteen months' confinement in state jail. This case was tried with a companion case that is the subject of another appeal pending before this Court.[2] Cashion filed a single, consolidated brief covering both appeals in which he contends, as applicable in this case, that the State made an improper comment on his failure to testify in its closing argument.

The argument raised in this appeal is based exclusively on the argument brought before this Court in the companion appeal styled *Cashion v. State*, cause number 06-19-00087-CR. In our opinion of this date disposing of that appeal, we found that Cashion had not preserved this complaint for our review. For the reasons set out in that opinion, we overrule this issue as it applies to this appeal.

We affirm the judgment of the trial court.

Scott E. Stevens
Justice

Date Submitted:      September 3, 2019
Date Decided:        September 4, 2019

Do Not Publish

---

[1]*See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(b).

[2]Cashion was also convicted of theft of aluminum valued at less than $20,000.00. *See* TEX. PENAL CODE ANN. § 31.03(e)(4)(F). That conviction has also been appealed to this Court and is addressed in an opinion released the same date as this opinion in our case number 06-19-00087-CR.